*E-Filed 8/4/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GENE MASON AND LIANE MASON,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA, ET AL.,<br><br>    Defendant._____/ | No. C 11-03514 RS<br><br>**RECUSAL ORDER** |

   I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another District Judge.

   **IT IS SO ORDERED.**

Dated:  8/4/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE