UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY GENE MASON, et al.,

    Plaintiffs,

    v.

WASHINGTON MUTUAL BANK, FA, et al.,

    Defendants.

_____/

No. C 11-3514 PJH

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The court is in receipt of defendants' notice of plaintiffs' failure to file a first amended complaint and request for dismissal. On September 21, 2011 this court granted defendants' motion to dismiss plaintiffs' complaint, but granted plaintiffs leave to amend certain limited claims. Plaintiffs were advised to file an amended complaint within 21 days, or no later than October 12, 2011, or the case would be dismissed with prejudice. Plaintiffs failed to file an amended complaint by that date.

In view of plaintiffs' lack of response to this court's prior order and failure to file an amended complaint, this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge